Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>KUDSK CONSTRUCTION, INC., a California corporation; and LARRY JAMES KUDSK, an individual,<br><br>Defendant. | Case No.: CV 12-0165 CW<br><br>**STIPULATION TO STAY CASE FOR 90 DAYS; ORDER THEREON** |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiffs Laborers Health and Welfare Trust Fund for Northern California, Laborers Vacation-Holiday Trust Fund for Northern California, Laborers Pension Trust Fund for Northern California, and Laborers Training and Retraining Trust Fund for Northern California ("Laborers Trust Funds"), on the one hand, and Defendants Kudsk Construction, Inc. and Larry James Kudsk, on the other hand, through their

respective counsel, that this case be stayed for a period of ninety (90) days to allow the parties to attempt to informally resolve the dispute. The parties are already engaged in informal discussions regarding the underlying claims.

DATED: February 29, 2012

        BULLIVANT HOUSER BAILEY PC

        By  /s/ Ronald L. Richman
            Ronald L. Richman
            Susan J. Olson

        Attorneys for Plaintiffs

DATED: February 29, 2012

        BRAUN & MELUCCI, LLP

        By  /s/ William J. Braun
            William J. Braun

        Attorneys for Defendants

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

## ORDER

The parties having submitted this Stipulation To Stay Case for 90 days and good cause appearing:

IT IS HEREBY ORDERED that this case be stayed for 90 days and that dates set forth in this Court's Order Setting Initial Case Management Conference and ADR Guidelines be vacated, as well. The Case Management Conference will be rescheduled for \_\_\_\_\_June 6\_\_\_\_\_, 2012 in Courtroom 2, 4th Floor, 2:00 p.m., 1301 Clay Street, Oakland, CA 94612 at 2:00 p.m. The parties are required to submit a Joint Case Management Conference Statement seven (7) days prior to the new Case Management Conference advising this Court as to the status of the parties' informal attempts to resolve this case.

DATED: \_\_\_March 2\_\_\_, 2012

By /s/ Claudia Wilken
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

13698132.1