1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: ron.richman@bullivant.com
5  E-Mail: susan.olson@bullivant.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 BOARD OF TRUSTEES OF THE              Case No.: CV 12-0165 CW
   LABORERS HEALTH AND WELFARE
11 TRUST FUND FOR NORTHERN               **STIPULATION TO STAY CASE FOR 90
   CALIFORNIA; BOARD OF TRUSTEES OF      DAYS; ORDER THEREON**
12 THE LABORERS VACATION-HOLIDAY
   TRUST FUND FOR NORTHERN
13 CALIFORNIA; BOARD OF TRUSTEES OF
   THE LABORERS PENSION TRUST FUND
14 FOR NORTHERN CALIFORNIA; and
   BOARD OF TRUSTEES OF THE
15 LABORERS TRAINING AND RETRAINING
   TRUST FUND FOR NORTHERN
16 CALIFORNIA,

17                    Plaintiffs,

18       v.

19 KUDSK CONSTRUCTION, INC., a California
   corporation; and LARRY JAMES KUDSK, an
20 individual,

21                    Defendant.

22

23                        <u>**STIPULATION**</u>

24       IT IS HEREBY STIPULATED by and between Plaintiffs Laborers Health and Welfare

25 Trust Fund for Northern California, Laborers Vacation-Holiday Trust Fund for Northern

26 California, Laborers Pension Trust Fund for Northern California, and Laborers Training and

27 Retraining Trust Fund for Northern California ("Laborers Trust Funds"), on the one hand, and

28 Defendants Kudsk Construction, Inc. and Larry James Kudsk, on the other hand, through their

                                  – 1 –
                STIPULATION TO STAY CASE FOR 90 DAYS; ORDER THEREON

1  respective counsel, that this case be stayed for a period of ninety (90) days to allow the parties to

2  attempt to informally resolve the dispute.  The parties are already engaged in informal

3  discussions regarding the underlying claims.

4  DATED:  February 29, 2012

5                                            BULLIVANT HOUSER BAILEY PC

6

7                                            By  /s/  Ronald L. Richman
                                                 Ronald L. Richman
8                                                Susan J. Olson

9                                            Attorneys for Plaintiffs

10  DATED:  February 29, 2012

11                                           BRAUN & MELUCCI, LLP

12

13                                           By  /s/  William J. Braun
                                                 William J. Braun
14

15                                           Attorneys for Defendants

16

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27

28

STIPULATION TO STAY CASE FOR 90 DAYS; ORDER THEREON

1

2 **<u>ORDER</u>**

3     The parties having submitted this Stipulation To Stay Case for 90 days and good cause

4 appearing:

5     IT IS HEREBY ORDERED that this case be stayed for 90 days and that dates set forth

6 in this Court's Order Setting Initial Case Management Conference and ADR Guidelines be

7 vacated, as well.  The Case Management Conference will be rescheduled for

8 _____June 6_____, 2012 in Courtroom 2, 4th Floor, 2:00 p.m., 1301 Clay Street, Oakland, CA

9 94612 at 2:00 p.m. The parties are required to submit a Joint Case Management Conference

10 Statement seven (7) days prior to the new Case Management Conference advising this Court as

11 to the status of the parties' informal attempts to resolve this case.

12 DATED: _____March 2____, 2012

13

14 By _____
                HON. CLAUDIA   WILKEN
15              UNITED STATES DISTRICT JUDGE

16

17 13698132.1

18

19

20

21

22

23

24

25

26

27

28

— 3 —
STIPULATION TO STAY CASE FOR 90 DAYS; ORDER THEREON