IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br>      Plaintiffs, <br><br>  v. <br><br>KUDSK CONSTRUCTION, INC., a California corporation; LARRY JAMES KUDSK, an individual, <br><br>      Defendants. | No. C 12-00165 CW <br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE MOTION FOR DEFAULT JUDGMENT |

The Court has reviewed Magistrate Judge James' Report and Recommendation Re Motion for Default Judgment.  The time for objections has passed and none were filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

IT IS HEREBY ORDERED that the Motion for Default Judgment is GRANTED.  The Clerk shall enter judgment in accordance with the Report and Recommendation.  Defendants are ordered to submit to an audit of Kudsk Construction's financial records by Plaintiffs for the period of April 1, 2010 to the present; and the Court retains jurisdiction of the parties and the subject matter to enforce its

mandatory injunction and to entertain a motion for a further money judgment, should the audit disclose amounts that may be owed by Defendants.

Dated: 10/30/2012

                        CLAUDIA WILKEN
                        United States District Judge

cc: MagRef; MEJ